# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS BUCKWALTER** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 21-593** |
| **COMMISIONER OF SOCIAL SECURITY** | : | |

## ORDER

This 15th day of September 2022, upon consideration of Plaintiff's Request for Review, Defendant's Response thereto, and following review of the Report and Recommendation of the United States Magistrate Judge, as well as Plaintiff's objections, it is hereby **ORDERED** that:

1. Plaintiff's Objections are overruled.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The Plaintiff's Request for Review is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge